UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERSTATE DISTRIBUTOR COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:08-cv-05309 SI<br><br>Related to Case No. 3:08-cv-05414-SI<br>*Marine v. Interstate Distributor Co.*<br><br>**[PROPOSED] ORDER COORDINATING DATES OF RELATED MOTIONS AND CASE MANAGEMENT CONFERENCES** |

Currently on this Court's calendar (1) for February 20, 2009 at 9:00 a.m. is the Motion to Remand filed in the related *Marine* matter, (2) for March 6, 2009 at 9:00 a.m. is the Motion to Consolidate in this matter, (3) for March 20, 2009 at 2:00 p.m. is the initial Case Management Conference in the related *Marine* matter, and (4) for March 20, 2009 at 2:30 p.m. is the initial Case Management Conference in this matter.

Pursuant to stipulation of all parties involved, the Court will now hold both initial Case Management Conferences and both hearings at 2:30 p.m. on March 20, 2009. Plaintiff Marine's reply brief, if any, in support of his Motion to Remand shall now be due March 6, 2009.

**IT IS SO ORDERED.**

All motions are set for 3/20/09 @ 9:00 a.m. and the case management conferences are set for 3/20/09 @ 2:30 p.m.

_____
U.S. District Court Judge Susan B. Illston

ORDER COORDINATING DATES
Case No. 3:08-cv-05309 SI; *related to* Case No. 3:08-cv-05414-SI