1 | Todd M. Schneider (State Bar #158253)
2 | Clint J. Brayton (State Bar #192214)
   | Andrew P. Lee (State Bar #245903)
3 | SCHNEIDER WALLACE
   | COTTRELL BRAYTON KONECKY LLP
4 | 180 Montgomery Street, Suite 2000
   | San Francisco, CA 94104
5 | Tel: (415) 421-7100
   | Fax: (415) 421-7105
6 | TTY: (415) 421-1665
   | Email: tschneider@schneiderwallace.com
7 |        cbrayton@schneiderwallace.com
   |        alee@schneiderwallace.com

Attorneys for Plaintiff and the putative class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOHNSON, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>INTERSTATE DISTRIBUTOR COMPANY; and DOES 1 through 50, inclusive;<br><br>      Defendants. | Case No. 08-CV-5309-SI<br><br>Related to Case No. 08-CV-5414-SI<br>*Marine v. Interstate Distributor Company*<br><br>**[PROPOSED] ORDER RE: REQUEST FOR VOLUNTARY DISMISSAL**<br><br>The Honorable Susan Illston |

---

[PROPOSED] ORDER RE: REQUEST FOR VOLUNTARY DISMISSAL
*Johnson, et al. v. Interstate Distributor Company*, Case No. 08-CV-5309-SI

## COURT ORDER

**GOOD CAUSE HAVING BEEN SHOWN** this Court hereby grants Plaintiff's Request for Voluntary Dismissal without prejudice to Plaintiff or the putative class.

IT IS SO ORDERED.

Dated: _____  _____
Honorable Susan Illston
Judge of the U.S. District Court